**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RAFIA LAWAL,

              Plaintiff,                      22-CV-8490 (PAE) (OTW)

             -against-                      **ORDER**

EARTH'S ELEMENTS,

              Defendant.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

According to the Civil Case Management Plan and Scheduling Order, all fact discovery shall be completed by May 13, 2023. (ECF 14). The Court will hold an in-person Post-Discovery Status Conference on **May 16, 2023, at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**

Dated: March 10, 2023                               _s/ Ona T. Wang_
       New York, New York                      **Ona T. Wang**
                                                     United States Magistrate Judge