UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RAFIA LAWAL,

          Plaintiff,

          -against-

EARTH'S ELEMENTS,

          Defendant.

------------------------------------------------------------x

22-CV-8490 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Plaintiff's letter dated May 1, 2023. (ECF 20). Defendant is directed to file a response by **May 5, 2023**. The parties are reminded of the in-person Post-Discovery Status Conference scheduled for May 16, 2023, at 12:00 p.m. (ECF 19).

        SO ORDERED.

Dated: May 3, 2023
       New York, New York

            *s/ Ona T. Wang*
            **Ona T. Wang**
            United States Magistrate Judge