**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RAFIA LAWAL,                                        :
                                                    :
         Plaintiff,                        :    22-CV-8490 (PAE) (OTW)
                                                    :
         -against-                        :    **ORDER**
                                                    :
EARTH'S ELEMENTS,                                   :
                                                    :
         Defendant.                        :
                                                    :
                                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Defendant's time to file a response to Plaintiff's May 1, 2023, letter is extended *nunc pro tunc* to **May 19, 2023**. The in-person Post-Discovery Status Conference scheduled for May 16, 2023, is ADJOURNED to **May 24, 2023, at 1:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: May 9, 2023                       **Ona T. Wang**
      New York, New York           United States Magistrate Judge