**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RAFIA LAWAL,

             Plaintiff,                              22-CV-8490 (PAE) (OTW)

           -against-                              **ORDER**

EARTH'S ELEMENTS,

             Defendant.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff's motion to convert or adjourn the in-person Post-Discovery Status Conference scheduled for May 24, 2023, is **GRANTED**. (ECF 23). The in-person Post-Discovery Status Conference is ADJOURNED to **June 7, 2023**, **at 11:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** The parties are directed to meet and confer about trial and Defendant's failure to respond to Plaintiff's May 1, 2023, letter, as directed by the Court. (*See* ECF Nos. 20, 21, 22).

The Clerk of Court is respectfully directed to close ECF 23.

        **SO ORDERED.**

                                                                       *s/ Ona T. Wang*

Dated: May 22, 2023                                             **Ona T. Wang**
        New York, New York                          United States Magistrate Judge