UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
RAFIA LAWAL,

                Plaintiff,

                -against-

EARTH'S ELEMENTS,

                Defendant.
------------------------------------------------------------x

22-CV-8490 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff's to adjourn the in-person Post-Discovery Status Conference is **GRANTED**. The in-person Post-Discovery Status Conference is ADJOURNED to **June 27, 2023, at 11:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007.** The parties are directed to meet and confer about trial and Defendant's failure to respond to Plaintiff's May 1, 2023, letter, as directed by the Court. (*See* ECF Nos. 20, 21, 22).

The Clerk of Court is respectfully directed to close ECF 25.

**SO ORDERED.**

Dated: May 31, 2023
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge