UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RAFIA LAWAL,

               Plaintiff,

               -against-

EARTH'S ELEMENTS,

               Defendant.

------------------------------------------------------------x

22-CV-8490 (PAE) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person Post-Discovery Status Conference on June 27, 2023. As discussed at the conference, Plaintiff's motion to strike is due **July 7, 2023**. Defendant's opposition is due **July 21, 2023, not July 23, 2023**. Plaintiff's reply is due **July 28, 2023, not July 30, 2023**.

The Clerk of Court is respectfully directed to close ECF 20.

**SO ORDERED.**

Dated: June 27, 2023
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge