**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
RAFIA LAWAL,

               Plaintiff,

       -against-

EARTH'S ELEMENTS,

               Defendant.

------------------------------------------------------------x

22-CV-8490 (JHR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On January 16, 2024, I issued an Opinion and Order requiring Defendant to pay a financial sanction of $600 to the Clerk of the Court by January 30, 2024. (ECF 36). Defendant is hereby directed to advise the Court by **February 9, 2024** whether they have complied with this Order.

      **SO ORDERED.**

Dated: February 6, 2024
       New York, New York

                                        _s/ Ona T. Wang_
                                            **Ona T. Wang**
                                United States Magistrate Judge