IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2024

RAFIA LAWAL, on behalf of herself a l
all others similarly situated,

                Plaintiff,

-v-

EARTH'S ELEMENTS,

                Defendant.

Civil Case Number: 1:22-cv-08490-JHR-OTW

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiffs voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:      February 8, 2024

_/s/ Yitzchak Zelman_
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff
Rafia Lawal*

_/s/ David Stein_
David Stein, Esq.
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
Tel: (212) 308-3444
Email: dstein@steinllp.com

*Attorneys for Defendant
Earth's Elements*

The Clerk of Court is directed to terminate any pending motions, cancel any remaining deadlines, and close this case. SO ORDERED.

_/s/ Jennifer H. Rearden_
Jennifer H. Rearden, U.S.D.J.
Dated: February 8, 2024